STATE OF CONNECTICUT *v.* EDWARD HOLLOWAY

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Donald A. Browne,* state's attorney, for the appellee (state).

No appearance for the appellant (defendant).

Argued December 7—decided December 7, 1976

STATE OF CONNECTICUT *v.* JOHN G. HARDEN

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court for the judicial district of Waterbury with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files on or before January 24, 1977, his brief.

*Louis S. Avitabile,* special public defender, for the appellant (defendant).

*Joseph A. Hill,* assistant state's attorney, for the appellee (state).